| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN (SBN 132418)<br>Henry.Weissmann@mto.com<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>MUNGER, TOLLES & OLSON LLP<br>ROSEMARIE T. RING (SBN 220769)<br>Rose.Ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>Victoria L. Boesch (SBN 228561)<br>Victoria.Boesch@mto.com<br>BRYAN H. HECKENLIVELY<br>(SBN 279140)<br>Bryan.Heckenlively@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>Attorneys for Defendant<br>HTC AMERICA, INC. | PEARSON, SIMON WARSHAW& PENNY LLP<br>CLIFFORD H. PEARSON (SBN 108523)<br>cpearson@pswplaw.com<br>DANIEL L. WARSHAW (SBN 185365)<br>dwarshaw@pswplaw.com<br>BOBBY POUYA (SBN 245527)<br>bpouya@cpearson@pswplaw.com<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA  91403<br>Telephone:  (818) 788-8300<br>Facsimile:   (818) 788-8104<br><br>PEARSON, SIMON WARSHAW& PENNY LLP<br>BRUCE L. SIMON (SBN 96241)<br>bsimon@pswplaw.com<br>AARON M. SHEANIN (SBN 214472)<br>asheanin@pswplaw.com<br>THOMAS K. BOARDMAN (SBN 276313)<br>tboardman@pswplaw.com<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA  94104<br>Telephone:  (415) 433-9000<br>Facsimile:   (415) 433-9008<br><br>Attorneys for Plaintiffs Daniel Pipkin and Chad Ulrich and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL PIPKIN and CHAD ULRICH, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; HTC AMERICA, INC.<br><br>              Defendants. | CASE NO.  CV-11-05820 EJD<br><br>**STIPULATION RE: EXTENSION  OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2  WHEREAS the above-referenced plaintiffs allege violations of the Federal

3  Wiretap Act and other laws by the defendants in this case;

4  WHEREAS over 50 other complaints have been filed to-date in federal district

5  courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6  cellular telephone and other device users on whose devices software made by defendant Carrier

7  IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8  cases");

9  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10 Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial

11 proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or

12 consolidation have been filed, and plaintiffs and defendants anticipate that additional responses

13 will be filed;

14 WHEREAS plaintiffs anticipate the possibility of one or more consolidated

15 amended complaints in the CIQ cases;

16 WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

17 orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

18 the parties and for the Court;

19 WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

20 answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

21 following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

22 CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

23 do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

24 or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

25 agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

26 complaint in the above-captioned action on that earlier date;

27 WHEREAS plaintiffs further agree that this extension is available, without further

28 stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

1    their intention to join this Stipulation;

2    WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of
3    any defense, including but not limited to the defenses of lack of personal jurisdiction, subject
4    matter jurisdiction, improper venue, sufficiency of process or service of process;

5    WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation
6    does not constitute a waiver of any defense, including but not limited to the defenses of lack of
7    personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or
8    service of process; and

9    WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant
10   joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that
11   defendants have received litigation hold letters, that they are complying with and will continue to
12   comply with all of their evidence preservation obligations under governing law, and that that the
13   delay brought about by this Stipulation should not result in the loss of any evidence,

14   Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-
15   referenced case and defendant HTC America, Inc., by and through their respective counsel of
16   record, hereby stipulate as follows:

17       1. The deadline for HTC America, Inc. to answer, move, or otherwise respond to
18          plaintiffs' complaint shall be extended until the earliest of the following dates:
19          forty-five days after the filing of a consolidated amended complaint in these cases;
20          or forty-five days after plaintiffs provide written notice to defendant HTC
21          America, Inc. that plaintiffs do not intend to file a Consolidated Amended
22          Complaint; or as otherwise ordered by this Court or the MDL transferee court;
23          *provided*, however, that in the event that HTC America, Inc. should agree to an
24          earlier response date in any of these cases, except by court order, HTC America,
25          Inc. will respond to the complaint in the above-captioned case on that earlier date.

26       2. This extension is available, without further stipulation with counsel for plaintiffs,
27          to all named defendants who notify plaintiffs in writing of their intention to join
28          this Stipulation;

16011150.1             2        STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT CV-11-05820 EJD

3. This Stipulation does not constitute a waiver by HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant HTC America, Inc. and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: December 20, 2011            MUNGER, TOLLES & OLSON LLP


                                    By: */s/ Rosemarie T. Ring*
                                        Rosemarie T. Ring
                                        Attorneys for Defendants
                                        HTC America, Inc.

DATED:  December 20, 2011           PEARSON, SIMON WARSHAW & PENNY LLP


                                    By: */s/ Daniel L. Warshaw*
                                        Daniel L. Warshaw
                                        Attorneys for Plaintiffs Daniel Pipkin and
                                        Chad Ulrich and the Proposed Class

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2011

_____
Edward J. Davila
United States District Judge

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Daniel L. Warshaw concurred in this filing.