| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN (SBN 132418)<br>Henry.Weissmann@mto.com<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>MUNGER, TOLLES & OLSON LLP<br>ROSEMARIE T. RING (SBN 220769)<br>Rose.Ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>Victoria L. Boesch (SBN 228561)<br>Victoria.Boesch@mto.com<br>BRYAN H. HECKENLIVELY<br>(SBN 279140)<br>Bryan.Heckenlively@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>Attorneys for Defendant<br>HTC AMERICA, INC. | PEARSON, SIMON WARSHAW& PENNY LLP<br>CLIFFORD H. PEARSON (SBN 108523)<br>cpearson@pswplaw.com<br>DANIEL L. WARSHAW (SBN 185365)<br>dwarshaw@pswplaw.com<br>BOBBY POUYA (SBN 245527)<br>bpouya@cpearson@pswplaw.com<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA  91403<br>Telephone:  (818) 788-8300<br>Facsimile:   (818) 788-8104<br><br>PEARSON, SIMON WARSHAW& PENNY LLP<br>BRUCE L. SIMON (SBN 96241)<br>bsimon@pswplaw.com<br>AARON M. SHEANIN (SBN 214472)<br>asheanin@pswplaw.com<br>THOMAS K. BOARDMAN (SBN 276313)<br>tboardman@pswplaw.com<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA  94104<br>Telephone:  (415) 433-9000<br>Facsimile:   (415) 433-9008<br><br>Attorneys for Plaintiffs Daniel Pipkin and Chad Ulrich and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL PIPKIN and CHAD ULRICH, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; HTC AMERICA, INC.<br><br>                        Defendants. | CASE NO.  CV-11-05820 EJD<br><br>**STIPULATION RE: EXTENSION  OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1        WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2        WHEREAS the above-referenced plaintiffs allege violations of the Federal

3   Wiretap Act and other laws by the defendants in this case;

4        WHEREAS over 50 other complaints have been filed to-date in federal district

5   courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6   cellular telephone and other device users on whose devices software made by defendant Carrier

7   IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8   cases");

9        WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10  Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial

11  proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or

12  consolidation have been filed, and plaintiffs and defendants anticipate that additional responses

13  will be filed;

14       WHEREAS plaintiffs anticipate the possibility of one or more consolidated

15  amended complaints in the CIQ cases;

16       WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

17  orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

18  the parties and for the Court;

19       WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

20  answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

21  following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

22  CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

23  do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

24  or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

25  agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

26  complaint in the above-captioned action on that earlier date;

27       WHEREAS plaintiffs further agree that this extension is available, without further

28  stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

16011150.1                             1                  STIPULATION TO EXTEND TIME TO RESPOND
                                                          TO COMPLAINT CV-11-05820 EJD

1  their intention to join this Stipulation;

2  WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of
3  any defense, including but not limited to the defenses of lack of personal jurisdiction, subject
4  matter jurisdiction, improper venue, sufficiency of process or service of process;

5  WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation
6  does not constitute a waiver of any defense, including but not limited to the defenses of lack of
7  personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or
8  service of process; and

9  WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant
10 joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that
11 defendants have received litigation hold letters, that they are complying with and will continue to
12 comply with all of their evidence preservation obligations under governing law, and that that the
13 delay brought about by this Stipulation should not result in the loss of any evidence,

14 Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-
15 referenced case and defendant HTC America, Inc., by and through their respective counsel of
16 record, hereby stipulate as follows:

17 1. The deadline for HTC America, Inc. to answer, move, or otherwise respond to
18 plaintiffs' complaint shall be extended until the earliest of the following dates:
19 forty-five days after the filing of a consolidated amended complaint in these cases;
20 or forty-five days after plaintiffs provide written notice to defendant HTC
21 America, Inc. that plaintiffs do not intend to file a Consolidated Amended
22 Complaint; or as otherwise ordered by this Court or the MDL transferee court;
23 *provided*, however, that in the event that HTC America, Inc. should agree to an
24 earlier response date in any of these cases, except by court order, HTC America,
25 Inc. will respond to the complaint in the above-captioned case on that earlier date.
26 2. This extension is available, without further stipulation with counsel for plaintiffs,
27 to all named defendants who notify plaintiffs in writing of their intention to join
28 this Stipulation;

1  3. This Stipulation does not constitute a waiver by HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant HTC America, Inc. and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: December 20, 2011          MUNGER, TOLLES & OLSON LLP


By: */s/ Rosemarie T. Ring*
    Rosemarie T. Ring
    Attorneys for Defendants
    HTC America, Inc.

DATED:  December 20, 2011         PEARSON, SIMON WARSHAW& PENNY LLP


By: */s/ Daniel L. Warshaw*
    Daniel L. Warshaw
    Attorneys for Plaintiffs Daniel Pipkin and
    Chad Ulrich and the Proposed Class

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2011

_____
Edward J. Davila
United States District Judge

**CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Daniel L. Warshaw concurred in this filing.