RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for DEFENDANT
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL PIPKIN and CHAD ULRICH, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; HTC AMERICA, INC.,<br><br>Defendants. | Case No.: 11-cv-05820-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br><br>The Case Management Conference scheduled for 3/16/2012 is CONTINUED to 5/11/2012.  The parties shall file a Joint CMC Statement on or before 5/4/2012. |

Pursuant to stipulation, it is SO ORDERED.

Dated: February 9, 2012

_____
Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER                                                                                    Case No.: 11-cv-05820-EJD