1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:     650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
11
   Attorneys for DEFENDANT
12 CARRIER IQ, INC.

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

| | |
|---|---|
| 18  DANIEL PIPKIN and CHAD ULRICH, on Behalf of Themselves and All Others Similarly Situated, | Case No.: 11-cv-05820-EJD |
| 19 | **[PROPOSED]** ORDER GRANTING STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| 20                 Plaintiffs, | |
| 21           v. | |
| 22  CARRIER IQ, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, INC.; HTC AMERICA, INC., | The Case Management Conference scheduled for 3/16/2012 is CONTINUED to |
| 24                 Defendants. | 5/11/2012.  The parties shall file a Joint CMC Statement on or before 5/4/2012. |
| 25         Pursuant to stipulation, it is SO ORDERED. | |

26

27 Dated:  February 9, 2012 _____

28                                           Honorable Edward J. Davila
                                            United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW